**93–535.** Campbell v. Cent. Ohio Legal Aid Soc., Inc. *Licking County*, No. 92CA119. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Licking County to certify its record and was considered in a manner prescribed by law. On application of appellee, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice.